**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUC BURBON, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

VF OUTDOOR, LLC d/b/a NORTHFACE
                Defendant.

Docket No: 1:18-cv-08879-PAE-BCM

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff LUC BURBON, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

    Dated:    Brooklyn, New York
                  January 28, 2019

                                          Respectfully submitted,

                                          By: _____
                                          Joseph H. Mizrahi, Esq.
                                          Cohen & Mizrahi LLP
                                          300 Cadman Plaza West, 12 Fl.
                                          Brooklyn, New York 11201
                                          Phone: (929) 575-4175
                                          Email: joseph@cml.legal
                                          *Attorney for Plaintiff*

1